Copies Mailed
Chambers of Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESMERALD HAMZARAJ,

                    Plaintiff,

– against –

ABM JANITORIAL NORTHEAST, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 9, 2020

**ORDER**

15 Civ. 2030 (ER)

Ramos, D.J.:

        On June 27, 2016, the Court granted defendant's motion to compel arbitration of plaintiff's claims and stayed the above-captioned action. Doc. 25. On August 9, 2016, the Court received the *pro se* plaintiff's second request that the Court appoint him *pro bono* counsel. Doc. 26. On August 15, 2016, the Court denied the request without prejudice to possible renewal at a later stage because it could not conclude that plaintiff's claims were likely to have merit at that stage of the proceedings.[1] Doc. 27. There has been no communication from the parties since then.

        The parties are hereby ORDERED to provide the Court with a written update as to the status of the case by **May 2, 2020**.

        SO ORDERED.

Dated:   April 9, 2020
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.

---

[1] Plaintiff's first request that the Court appoint him *pro bono* counsel was denied for substantially the same reason on October 21, 2015. Doc. 18.