UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 5, 2020

ESMERALD HAMZARAJ,

                Plaintiff,

– against –

ABM JANITORIAL NORTHEAST, INC.,

                Defendant.

**ORDER**

15 Civ. 2030 (ER)

Ramos, D.J.:

    The Clerk of Court is respectfully directed to close the above-captioned case pursuant to Doc. 29.

It is SO ORDERED.

Dated:    May 5, 2020
           New York, New York

                                                  _____
                                                  Edgardo Ramos, U.S.D.J.